# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEWTON PARTNERS, LP, | ) |
| Plaintiff, | ) |
| vs. | ) No. 19-cv-477-SMY-MAB |
| FUNDI FUELS, LLC, BRANDON D. PHILLIPS LIVING TRUST DATED AUGUST 8, 2005, and UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff Newton Partners, LP and Defendant Brandon D. Phillips Living Trust Dated August 8, 2005 ("Trust"), as the only parties that have appeared in the case to date, have filed a Stipulation for Dismissal with prejudice (Doc. 16) under Rule 41(a)(1)(A)(ii), seeking to dismiss the claims against the Trust only. A plain reading of Federal Rule of Civil Procedure 41(a) suggests that dismissal under this rule should be used only to dismiss an entire action (rather than a particular claim against a particular defendant). *See Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015) (Rule 41(a) is "limited to dismissal of an entire action" and Rule 15(a) is the proper vehicle for "adding or dropping parties and claims"). Plaintiff must therefore file an amended complaint consistent with Rule 15 in order to drop the Trust as a party. Accordingly, the Stipulation (Doc. 16) is hereby **STRICKEN.**

**IT IS SO ORDERED.**

**DATED: October 9, 2019**

**STACI M. YANDLE**
**United States District Judge**